Lucrecia Sanchez, as Administratrix (Impleaded with Gabriel Valencia, as Administrator) of the Estate of Eduardo Sanchez, Deceased, Appellant, v. Guardian Taxi Corporation, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Samuel Rabinowitz, Doing Business, etc., Respondent, v. Hildegarde Realty Co., Inc., and Hilbert L. Bair, Appellants, and Joseph Grossgold, Respondent, Impleaded with Others.— Judgments affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Henry Sanderson, Respondent, v. Jay Cooke and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

John J. Holmer, Respondent, v. Elizabeth Holmer, Appellant.* (Action No. 1.) Elizabeth Holmer, Appellant, v. John J. Holmer, Respondent.* (Action No. 2.) — Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The Capitol National Bank and Trust Company, Respondent, v. Hilvale Costume Co., Inc., and Others, Defendants, Impleaded with The Bodenmann Manufacturing Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

William Ciaccia, an Infant, by His Guardian ad Litem, Louis Ciaccia, Respondent, v. Abraham Horowitz, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Frederick Lutz, Appellant, v. News Syndicate Co., Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Fort Lee Ferry Garage Co., Inc., Appellant, for a Certiorari Order against The Board of Standards and Appeals of the City of New York, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Vincenzo Todero, Appellant, v. Otis Elevator Company, a Corporation, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Gertrude McNally Leopold, Appellant, v. Joseph Walter Leopold, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Eli Le Vao, Doing Business, etc., Respondent, v. Sarah Elizabeth Talbot, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.